1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12 LIN XIA,                        )
                                   )  No. C 07-2996 EMC
13            Plaintiff,           )
                                   )
14       v.                        )
                                   )  **PARTIES' CONSENT TO MAGISTRATE**
15 MICHAEL CHERTOFF, Secretary of the   )  **JUDGE JURISDICTION; STIPULATION**
   Department of Homeland Security;  )  **TO DISMISS; AND [PROPOSED]**
16 EMILIO T. GONZALEZ, Director of United  )  **ORDER**
   States Citizenship and Immigration Services;  )
17 DAVID STILL, San Francisco District Director,  )
   United States Citizenship and Immigration  )
18 Services;                       )
   ROBERT S. MUELLER, Director of  )
19 Federal Bureau of Investigations,  )
                                   )
20            Defendants.          )
   ─────────────────────────────── )
21

22      In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Plaintiff and

23 Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge

24 conduct any and all further proceedings in the case, including trial, and order the entry of a final

25 judgment.

26      Further, Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record,

27 hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action

28 without prejudice in light of the fact that the United States Citizenship and Immigration Services is

1  now prepared to grant Plaintiff's application for naturalization and agrees to do so within 30 days

2  of the dismissal of this action.

3      Each of the parties shall bear their own costs and fees.

4

5  Date: August 1, 2007                              Respectfully submitted,

6                                                    SCOTT N. SCHOOLS
                                                     United States Attorney
7

8
                                                     _____/s/_____
9                                                    ILA C. DEISS
                                                     Assistant United States Attorney
10                                                   Attorneys for Defendants

11

12

13  Date: August 1, 2007                             _____/s/_____
                                                     LIN XIA
14                                                   *Pro Se*

15

16                                   **ORDER**

17      Pursuant to stipulation, IT IS SO ORDERED.

18

19
    Date:                                            _____
20                                                   EDWARD M. CHEN
                                                     United States Magistrate Judge
21

22

23

24

25

26

27

28