1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12 LIN XIA,                              )
                                         ) No. C 07-2996 EMC
13              Plaintiff,               )
                                         )
14       v.                              )
                                         ) **PARTIES' CONSENT TO MAGISTRATE**
15 MICHAEL CHERTOFF, Secretary of the    ) **JUDGE JURISDICTION; STIPULATION**
   Department of Homeland Security;      ) **TO DISMISS; AND [P**~~ROPOSED~~**]**
16 EMILIO T. GONZALEZ, Director of United ) **ORDER**
   States Citizenship and Immigration Services; )
17 DAVID STILL, San Francisco District Director, )
   United States Citizenship and Immigration )
18 Services;                             )
   ROBERT S. MUELLER, Director of        )
19 Federal Bureau of Investigations,     )
                                         )
20              Defendants.              )
                                         )
21

22      In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Plaintiff and

23 Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge

24 conduct any and all further proceedings in the case, including trial, and order the entry of a final

25 judgment.

26      Further, Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record,

27 hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action

28 without prejudice in light of the fact that the United States Citizenship and Immigration Services is

Stipulation to Dismiss
C07-2996 EMC                                  1

1  now prepared to grant Plaintiff's application for naturalization and agrees to do so within 30 days
2  of the dismissal of this action.
3      Each of the parties shall bear their own costs and fees.

Date: August 1, 2007                             Respectfully submitted,

                                                 SCOTT N. SCHOOLS
                                                 United States Attorney


                                                 _____/s/_____
                                                 ILA C. DEISS
                                                 Assistant United States Attorney
                                                 Attorneys for Defendants


Date: August 1, 2007                             _____/s/_____
                                                 LIN XIA
                                                 *Pro Se*


**ORDER**

    Pursuant to stipulation, IT IS SO ORDERED.


Date:    August 6, 2007
                                                 _____
                                                 EDWARD M. CHEN
                                                 United States Magistrate Judge

IT IS SO ORDERED
Judge Edward M. Chen

Stipulation to Dismiss
C07-2996 EMC                                     2