| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| LIN XIA, | ) | |
| | ) | No. C 07-2996 EMC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **PARTIES' CONSENT TO MAGISTRATE** |
| MICHAEL CHERTOFF, Secretary of the | ) | **JUDGE JURISDICTION; STIPULATION** |
| Department of Homeland Security; | ) | **TO DISMISS; AND [P~~ROPOSED~~]** |
| EMILIO T. GONZALEZ, Director of United | ) | **ORDER** |
| States Citizenship and Immigration Services; | ) | |
| DAVID STILL, San Francisco District Director, | ) | |
| United States Citizenship and Immigration | ) | |
| Services; | ) | |
| ROBERT S. MUELLER, Director of | ) | |
| Federal Bureau of Investigations, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Plaintiff and Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Further, Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is

Stipulation to Dismiss
C07-2996 EMC                                         1

1 | now prepared to grant Plaintiff's application for naturalization and agrees to do so within 30 days
2 | of the dismissal of this action.
3 |     Each of the parties shall bear their own costs and fees.

Date: August 1, 2007                  Respectfully submitted,

                                    SCOTT N. SCHOOLS
                                    United States Attorney

                                    /s/
                                    ILA C. DEISS
                                    Assistant United States Attorney
                                    Attorneys for Defendants

Date: August 1, 2007                  /s/
                                    LIN XIA
                                    *Pro Se*

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:   August 6, 2007

                                    EDWARD M. CHEN
                                    United

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge Edward M. Chen]*